IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:20-CR-00004-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| DARREN EUGENE MATTHEWS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 26) the Indictment (Doc. No. 3) without prejudice, following Darren Eugene Matthews's guilty plea to the Bill of Information filed in Case No. 5:20-cr-00061-KDB-DCK before a United States Magistrate Judge on August 14, 2020. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 3) be **DISMISSED** without prejudice.

**SO ORDERED.**

Signed: August 15, 2020

Kenneth D. Bell
United States District Judge